# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| KIMBERLY A. WENINGER )<br>    Plaintiff )<br> )<br>v. )<br> )<br>UNITED STATES OF AMERICA )<br>    Defendant ) | | CIVIL ACTION NO. 4:14-cv-03510 |

## AGREED FINAL JUDGMENT

The Plaintiff, Kimberly A. Weninger, was assessed pursuant to 26 U.S.C. § 6672 as a responsible person of Osvold Acquisition, LLC for withholding taxes for the quarters ended December 31, 2008, and March 31, 2009.

The plaintiff, Kimberly A. Weninger, agrees that she is liable for these assessments in the amount of $76,151.74 as of January 19, 2015, plus interest until paid. Accordingly, Judgment is entered in favor of the United States for this amount.

The parties shall bear their respective costs, including any attorney's fees.

SIGNED this _____ day of October, 2015.

_____
STEPHEN W. SMITH
UNITED STATES MAGISTRATE JUDGE

1

2

AGREED AS TO FORM AND SUBSTANCE:

| | |
|---|---|
| /s/ Jon E. Fisher | /s/ Robert L. Wilson |
| JON E. FISHER | ROBLERT L. WILSON |
| State Bar No. 550177-MA | THE WILSON FIRM |
| Attorney, Tax Division | SBT No. 24060843 |
| Department of Justice | SDT No. 1146491 |
| 717 N. Harwood, Suite 400 | 1095 Evergreen Circle |
| Dallas, Texas 75201 | Suite 200 |
| (214) 880-9730 | The Woodlands, Texas 77380 |
| (214) 880-9774 (facsimile) | (832) 482-4620 |
| jon.fisher@usdoj.gov | (832) 553-7869 (facsimile) |
| ATTORNEY FOR UNITED STATES | l.wilson@thewilsonfirmpllc.com |
| | ATTORNEY FOR KIMBERLY A. WENINGER |