United States District Court
Southern District of Texas
**ENTERED**
November 03, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIMBERLY A. WENINGER, §<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>UNITED STATES OF AMERICA, §<br>*Defendant*. § | CIVIL ACTION NO. 4:14-CV-03510 |

## FINAL JUDGMENT

The parties have filed an Agreed Final Judgment. Dkt. 18. Plaintiff Kimberly Weninger was assessed pursuant to 26 U.S.C. § 6672 as a responsible person of Osvold Acquisition, LLC, for withholding taxes for the quarters ended December 31, 2008, and March 31, 2009.

Weninger agrees that she is liable for these assessments in the amount of $76,151.74 as of January 19, 2015, plus interest until paid. Accordingly, the Court enters judgment in favor of the United States for this amount.

The parties shall bear their respective costs, including any attorney's fees.

Signed at Houston, Texas, on November 3, 2015.

Stephen Wm Smith
United States Magistrate Judge