# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| KIMBERLY A. WENINGER    Plaintiff | ) ) ) | |
| | ) | CIVIL ACTION NO. 4:14-cv-03510 |
| v. | ) ) | |
| UNITED STATES OF AMERICA    Defendant | ) ) | |

## SATISFACTION OF JUDGMENT AGAINST KIMBERLY A. WENINGER

On November 3, 2015, the Court entered a Final Judgment between the Plaintiff, Kimberly A. Weninger, and the Defendant, United States of America. (ECF No. 19.) The Final Judgment reflected the terms of an Agreed Final Judgement filed by the parties on October 16, 2015. (ECF No. 18.) The terms of the Agreed Final Judgment and Final Judgment have been fully met and the Agreed Final Judgment and Final Judgment are satisfied.

ABE MARTINEZ
Acting United States Attorney

/s/ Jon E. Fisher
JON E. FISHER
Trial Attorney, Tax Division
State Bar No. 550177-MA
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9730
(214) 880-9774 (facsimile)
Jon.Fisher@USDOJ.gov

ATTORNEYS FOR THE UNITED STATES

1

2

**CERTIFICATE OF SERVICE**

I certify that on January 16, 2018, the foregoing document was served on the undersigned by federal express:

Kimberly Weninger
13340 Sedgwick Lane
Carmel, Indiana 46074

/s/ Jon E. Fisher
JON E. FISHER